STATE v. MARTHA JONES.

(Filed 5 June, 1947.)

APPEAL by defendant from *Rousseau, J.,* at November Term, 1946, of FORSYTH.

Criminal prosecution on warrant charging the defendant with disorderly conduct and disturbing the peace, tried originally in the Municipal Court of the City of Winston-Salem and again *de novo* on appeal to the Superior Court of Forsyth County.

Verdict: Guilty.

Judgment: Thirty days in jail.

The defendant appeals, assigning errors.

*Attorney-General McMullan and Assistant Attorneys-General Bruton, Rhodes, and Moody for the State.*
*William Reid Dalton for defendant.*

PER CURIAM. The facts of this record, in so far as they relate to alleged jury defect and bias, are practically identical with those appearing in *S. v. Essie King, ante,* 559, herewith decided. The conclusion there is controlling here. Both cases are based on the rulings in the *Koritz Case, ante,* 552, herewith decided.

No error.